DENNIS R. MURPHY, SBN 051215
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:     (916) 446-2300
Facsimile:      (916) 503-4000
Email:           dmurphy@murphyaustin.com

Attorneys for Defendants
USA TRUCKING INC. and GURTEJ SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL STUCKEY,<br><br>          Plaintiff,<br><br>v.<br><br>USA TRUCKING INC., a California corporation; GURTEJ SINGH an individual and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.  2:14-cv-1091-JAM-DAD<br><br>**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL**<br><br>Date: March 11, 2015<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |

The above-referenced matter  (the "Action") having come before the Court on March 11, 2015, on the Motion to Withdraw as Counsel of Record ("Motion") filed by Dennis Murphy of Murphy Austin Adams Schoenfeld LLP. The Court having reviewed the Motion, together with the court file; having heard arguments of counsel; and having considered the applicable statutory and case law, ORDERS as follow:

1.     The Motion To Be Relieved as Counsel for Defendants U.S.A. Trucking, Inc. and Gurtej Singh is granted, effective April 10, 2015.

2.     The Action is stayed until April 10, 2015.

3.     Attorney Dennis R. Murphy and Murphy Austin Adams and Schoenfeld LLP are hereby relieved as counsel of record for Defendants U.S.A. Trucking, Inc. and Gurtej Singh (the

- 1 -                                                                                                                  4743.001-1857498.1

Defendants") and no longer represent the Defendants as counsel of record in the Action, effective April 10, 2015.

4. Attorney for Defendants will remain as attorney of record, for purposes of granting time for Defendants to seek new counsel, until April 10, 2015.

5. Defendants shall have until April 10, 2015 to retain substitute counsel; otherwise, Defendants shall be deemed as proceeding in a *pro-per* capacity. As stated in Court, and understood by the Defendants, a corporation may not represent itself without counsel, and without counsel, default may be entered against the corporation.

6. Plaintiff shall not file or pursue any discovery during the period that the Court allotted to Defendants to attain new counsel.

7. Plaintiff may pursue any planned or pending discovery motions after April 10, 2015.

8. Plaintiff may file an Ex Parte Motion to extend the discovery deadline, the pre-trial conference date and the trial date, as necessary.

IT IS SO ORDERED.

Dated: March 20, 2015        /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Court Judge