1  Rory C. Quintana (SBN 258747)
   QUINTANA HANAFI
2  PUNGPRAKEARTI, LLP
   201 Spear Street, Suite 1100
3  San Francisco, CA 94105
   Telephone: (415) 504-3121
4  Fax: (415) 233-8770
   rory@qhplaw.com
5
   *Attorneys for Plaintiff Virgil Stuckey*
6
   YULI LAW OFFICES
7  Yuli Kaplunovsky (SBN 299178)
   1669-2 Hollenbeck Ave. #211
8  Sunnyvale, California 94087
   Telephone: (408) 309-4506
9  E-Mail:  yk@yulilaw.com

10 *Attorneys for Defendants USA Trucking, Inc.
   and Gurtej Singh*
11

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15 VIRGIL STUCKEY, an individual;         CASE NO. 2:14-cv-01091-JAM-DAD

16      Plaintiffs,                       STIPULATION TO EXTEND DEADLINES
                                          AND ORDER FOR: DISCOVERY CUT-OFF,
17                                        DISPOSITIVE MOTIONS, PRE-TRIAL
   vs.                                    CONFERENCE, AND TRIAL DATE
18
   U.S.A. TRUCKING, INC., a California    **_(AS MODIFIED BY THE COURT)_**
19 corporation; GURTEJ SINGH, an individual,
   and DOES 1 through 50, inclusive,
20

---

Case No. 2:14-cv-01091

1

STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: DISCOVERY CUT-OFF, , AND DISPOSITIVE MOTIONS, PRE-TRIAL CONFERENCE AND TRIAL

1     Pursuant to the Parties' agreement of April 14, 2015, and in an effort to continue good faith efforts toward informal resolution, the parties hereby agree to continue the deadlines set forth for Discovery, Motions, the Pre-Trial Conference and Trial as follows:  (1) the Discovery Deadline, currently set for April 10, 2015, will be extended to August 10, 2015; (2) Dispositive Motions Deadline, currently set for May 20, 2015, will be extended to August 19, 2015; Hearing on dispositive motions shall be noticed for September 16, 2015 at 9:30 a.m. (3) the Pre-Trial Conference, currently set for July 29, 2015 at 4:00 p.m., will be extended to December 4, 2015, at 10:00 a.m.  The joint pretrial statement shall be filed no later than November 27, 2015; and (4) the Jury Trial, currently set for September 21, 2015, will be extended to January 25, 2016 at 9:00 a.m..

    The parties respectfully request the Court enter an order that current deadlines listed above be extended as agreed to by the parties.

    WHEREAS, Plaintiff and Defendants agreed to the above scheduling changes during a telephone conference on April 14, 2015;

    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above scheduling changes be granted and entered by the Court.

    IT IS SO STIPULATED.

Dated: April 15, 2015                                              QUINTANA HANAFI PUNGPRAKEARTI, LLP

                                                                     By:   *s/Rory C. Quintana*
                                                                             Rory C. Quintana
                                                                *Attorney for Plaintiff Henry M. Burgoyne, III*

2

Case No. 2:14-cv-01091                         STIPULATION TO EXTEND DEADLINES AND [PROPOSED]
ORDER FOR: DISCOVERY CUT-OFF, DISPOSITIVE
MOTIONS, PRE TRIAL CONFERENCE AND TRIAL

| | | |
|---|---|---|
| 1 | Dated: April 15, 2015 | YULI LAW OFFICES |
| 2 | | |
| 3 | | By:___*s/Yuli Kaplunovsky*_____ |
| 4 | | Yuli Kaplunovsky |
| | | *Attorney for Defendants Gurtej Singh and* |
| 5 | | *U.S.A. Trucking, Inc.* |

**Filer's Attestation**: I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: April 15, 2015                           Respectfully submitted,


                                        By:___*s/Rory C. Quintana*_____
                                                Rory C. Quintana

---

3

Case No. 2:14-cv-01091         STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: DISCOVERY CUT-OFF, DISPOSITIVE MOTIONS, PRE TRIAL CONFERENCE AND TRIAL

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The proposed deadlines as described above shall be granted, except as otherwise modified by the Court.

IT IS SO ORDERED.

Dated:  4/17/2015                              /s/ John A. Mendez
                                               UNITED STATES DISTRICT COURT JUDGE
                                               EASTERN DISTRICT OF CALIFORNIA

4

Case No. 2:14-cv-01091                STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: DISCOVERY CUT-OFF, DISPOSITIVE MOTIONS, PRE TRIAL CONFERENCE AND TRIAL

## CERTIFICATE OF SERVICE

I, Rory C. Quintana, hereby certify that on April 17, 2015, I authorized and served by electronic means on the parties listed below, as follows:

YULI LAW OFFICES
Yuli Kaplunovsky
1669-2 Hollenbeck Ave. #211
Sunnyvale, California 94087
Telephone: (408) 309-4506
E-Mail: yk@yulilaw.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 17, 2015.

By: ___s/Rory C. Quintana_____
Rory C. Quintana
*Attorney for Plaintiff Virgil Stuckey*

5

Case No. 2:14-cv-01091   STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER FOR: DISCOVERY CUT-OFF, DISPOSITIVE MOTIONS, PRE TRIAL CONFERENCE AND TRIAL