Rory C. Quintana, SBN 258747
QUINTANA HANAFI PUNGPRAKEARTI, LLP
201 Spear St., Suite 1100
San Francisco, CA 94105
(415) 504.3121 (Tel.)
(415) 233-8770 (Fax)
rory@qhplaw.com

*Attorneys for Plaintiff Virgil Stuckey*

YULI LAW OFFICES
Yuli Kaplunovsky (SBN 299178)
1669-2 Hollenbeck Ave. # 211
Sunnyvale, California 94087
Telephone: (408) 309-4506
E-Mail: yk@yulilaw.com

*Attorneys for Defendants USA Trucking, Inc. and Gurtej Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL STUCKEY, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S.A. TRUCKING, INC., a California corporation; GURTEJ SINGH, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants. | **CASE NO. 2:14-cv-01091-JAM-DAD**<br><br>**STIPULATION TO EXTEND DEADLINES AND ORDER FOR: DISCOVERY CUT-OFF, DISPOSITIVE MOTIONS, PRE-TRIAL CONFERENCE, AND TRIAL DATE** |

Pursuant to the Parties' agreement of July 1, 2015, and for the reasons described below, as well as an effort to continue good faith and ongoing efforts toward informal resolution, the

- 1 -

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For: Discovery Cut-Off, Dispositive Motions, Pre-Trial Conference and Trial.

1   Parties' hereby agree to continue the deadlines set forth for Discovery, Motions, the Pre-Trial
2   Conference and Trial as described below.
3       Following the Court's April 17, 2015 deadline, the Parties met and conferred regarding
4   Defendants' initial discovery responses.  Plaintiff's counsel provided Defendants' counsel time
5   to become caught up with the case and then began requesting amended responses.  At the same
6   time, Plaintiff's counsel also began meeting and conferring regarding dates for Defendants'
7   depositions as well as the depositions of their witnesses.  Throughout this process, the Parties
8   have made efforts to discuss resolution of this matter in good faith.  On or about June 24, 2015,
9   Defendants' counsel informed Plaintiff's counsel for the first time that he would be unavailable
10  from July 4, 2015 through July 26, 2015.
11      On July 1, 2015, during the deposition of Defendant Gurtej Singh, Mr. Singh made
12  reference to documents which he states were provided to his prior counsel and which are
13  responsive to Plaintiff's initial discovery requests.  However, Plaintiff has not received those
14  documents.  In an effort to have a more meaningful and effective deposition, Plaintiff and
15  Defendants' counsel agreed that Defendants' counsel would provide all documents immediately
16  and in any event no later than July 3, 2015 and that Plaintiff would continue Defendant Gurtej
17  Singh's deposition to July 27, 2015.  During that same deposition, Plaintiff and Defendants'
18  counsel were able to make significant headway in negotiations and discussed the use of third
19  party mediation.
20      Based on these facts and ongoing discovery issues related in part to the withdrawal of
21  Defendants' prior counsel, the Parties have agreed to continue the deadlines set forth for
22  Discovery, Motions, the Pre-Trial Conference and Trial as follows:  (1) the Discovery Deadline,
23  currently set for August 10, 2015, will be extended to September 11, 2015; (2) Dispositive
24  Motions Deadline, currently set for August 19, 2015 will be extended to September 21, 2015 and
25  the Dispositive Motion hearings, currently set for notice on September 16, 2015 at 9:30 a.m. will
26  be set for October 21, 2015 at 9:30 a.m. ; (3) the Pre-Trial Conference, currently set for
27  December 4, 2015 at 10:00 a.m. will be extended to January 8, 2016 at 10:00 a.m. , with joint
28

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For:  Discovery Cut-Off, Dispositive Motions, Pre-Trial
Conference and Trial.

1 pretrial statements, currently due by November 27, 2015, due on December 30, 2015; (4) the
2 Jury Trial, currently set for January 26, 2016, at 9:00 a.m. will be extended to February 22, 2016
3 at 9:00 a.m.
4   The parties respectfully request the Court enter an order that current deadlines listed
5 above be extended as agreed to by the parties.
6   WHEREAS, Plaintiff and Defendants agreed to the above scheduling changes during a
7 conference during the deposition of Defendant Gurtej Singh on July 1, 2015;
8   THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants
9 through their designated counsel that the above scheduling changes be granted and entered by the
10 Court.
11   IT IS SO STIPULATED.

Dated: July 1, 2015                              QUINTANA HANAFI
                                                 PUNGPRAKEARTI, LLP


                                                 By: __/s/*Rory C. Quintana*_____
                                                      Rory C. Quintana
                                                      *Attorney for Plaintiff Virgil Stuckey*


Dated: July 1, 2015                              YULI LAW OFFICES


                                                 By: __/s/*Yuli Kaplunovsky*_____
                                                      Yuli Kaplunovsky
                                                      *Attorney for Defendants Gurtej Singh*
                                                      *and U.S.A. Trucking, Inc.*


   **Filer's Attestation:**  I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.
                                                 By: __/s/*Rory C. Quintana*_____
                                                      Rory C. Quintana

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For:  Discovery Cut-Off, Dispositive Motions, Pre-Trial Conference and Trial.

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The proposed deadlines as described above shall be granted.

IT IS SO ORDERED

Dated: July 2, 2015                /s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA