1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VIRGIL STUCKEY,                          No.  2:14-cv-1091 JAM DAD

12              Plaintiff,

13        v.                                  ORDER

14   U.S.A. TRUCKING, INC., et al.,

15              Defendants.

16

17        On October 9, 2015, this matter came before the undersigned for hearing of plaintiff's

18   motion to compel and award sanctions.  Attorney Rory Quintana appeared on behalf of the

19   plaintiff and attorney Eliyahu Kaplunovsky appeared on behalf of the defendants.

20        Upon consideration of the arguments on file and at the hearing, and for the reasons set

21   forth on the record at the hearing, IT IS HEREBY ORDERED that:

22        1.  Plaintiff's motion to compel and award of sanctions (Dkt. No. 31) is granted;

23        2.  Defendants shall produce responses to the discovery at issue within ten days of the date

24   of this order; and

25   /////

26   /////

27   /////

28   /////

                                              1

1    3.  Defendants shall pay sanctions to plaintiff in connection with the bringing of the

2  motion in the amount of $2,500 within sixty days of the date of this order.[1]

3  Dated:  October 9, 2015

4

5  _____
   DALE A. DROZD
6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10  DAD:6
    Ddad1\orders.civil\stuckey1091.oah.100915.docx
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28  [1]  Defendants are cautioned that the failure to timely produce the discovery responses at issue, or
    pay the sanctions awarded, may result in the imposition of more serious sanctions.

2