Rory C. Quintana, SBN 258747
QUINTANA HANAFI PUNGPRAKEARTI, LLP
201 Spear St., Suite 1100
San Francisco, CA 94102
(415) 504.3121 (Tel.)
(415) 233-8770 (Fax)
rory@qhplaw.com

*Attorneys for Plaintiff Virgil Stuckey*

YULI LAW OFFICES
Yuli Kaplunovsky (SBN 299178)
1669-2 Hollenbeck Ave. # 211
Sunnyvale, California 94087
Telephone: (408) 309-4506
E-Mail: yk@yulilaw.com

*Attorneys for Defendants USA Trucking, Inc. and Gurtej Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL STUCKEY, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S.A. TRUCKING, INC., a California corporation; GURTEJ SINGH, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants. | **CASE NO. 2:14-cv-01091-JAM-DAD**<br><br>**STIPULATION TO EXTEND DEADLINES AND ORDER FOR: DISCOVERY CUT-OFF, DISPOSITIVE MOTIONS, PRE-TRIAL CONFERENCE, AND TRIAL DATE**<br><br>**(AS MODIFIED BY THE COURT)** |

Pursuant to the Parties' agreement of September 10, 2015, and for the reasons described below, as well as an effort to continue good faith and ongoing efforts toward informal resolution,

- 1 -

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For:  Discovery Cut-Off, Dispositive Motions, Pre-Trial Conference and Trial.

1  the parties' hereby agree to continue the deadlines set forth for Discovery, Motions, the Pre-Trial
2  Conference and Trial as described below.
3      On September 11, 2015, Defendant failed to respond to Plaintiff's second set of
4  discovery. Defendant failed to provide responses to discovery.  On October 9, 2015, the Court
5  granted Plaintiff's Motion to Compel responses to Plaintiff's Second Set of Discovery.  Plaintiff
6  must receive this discovery in order to complete the depositions of Mr. Singh and the new
7  witnesses that Mr. Singh has only recently disclosed as a part of the meet and confer process.
8  The Court has required Defendant to provide responses by October 23, 2015.  Discovery is
9  currently set to close on November 6, 2015.  If Defendant waits until the last day to provide
10 responses, Plaintiff will only have two weeks to complete all necessary depositions.  To date,
11 Defendant has still not provided Discovery responses.
12     In addition to the issues related to Defendant's failure to participate in the discovery
13 process, Plaintiff's mother passed away on October 11, 2015 and Plaintiff has requested time to
14 mourn the loss of his mother.  Additionally, Plaintiff's counsel has also had a personal family
15 emergency which has required him to be in Nashville, Tennessee since October 14, 2015 and
16 will keep him in Nashville through the immediate future.
17     Based on these facts and ongoing discovery issues related in part to the withdrawal of
18 Defendants' prior counsel, the Parties have agreed to continue the deadlines set forth for
19 Discovery, Motions, the Pre-Trial Conference and Trial as follows:  (1) the Discovery Deadline,
20 currently set for November 6, 2015, will be extended to February 22, 2016; (2) Dispositive
21 Motions Deadline, currently set for November 20, 2015 will be extended to March 8, 2016 and
22 the Dispositive Motion hearings, currently set for notice on December 10 2015 at 9:30 a.m. will
23 be set for April 5, 2016 at 9:30 a.m. ; (3) the Pre-Trial Conference, currently set for February 12,
24 2016 at 11:00 a.m. will be extended to May 13, 2016 at 11:00 a.m. , with joint pretrial
25 statements, currently due by January 29, 2016, due on May 6, 2016; (4) the Jury Trial, currently
26 set for March 14, 2016, at 9:00 a.m. will be extended to June 13, 2016 at 9:00 a.m.
27
28

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For:  Discovery Cut-Off, Dispositive Motions, Pre-Trial
Conference and Trial.

1  The parties respectfully request the Court enter an order that current deadlines listed
2  above be extended as agreed to by the parties.
3  WHEREAS, Plaintiff and Defendants agreed to the above scheduling changes following
4  the hearing for Plaintiff's Motion to Compel on October 9, 2015;
5  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants
6  through their designated counsel that the above scheduling changes be granted and entered by the
7  Court.
8  IT IS SO STIPULATED.

Dated:  October 19, 2015                    QUINTANA HANAFI
                                            PUNGPRAKEARTI, LLP


                                            By:  __/s/*Rory C. Quintana*_____
                                                    Rory C. Quintana
                                            *Attorney for Plaintiff Virgil Stuckey*


Dated:  October 19, 2015                    YULI LAW OFFICES


                                            By:  __/s/*Yuli Kaplunovsky*_____
                                                    Yuli Kaplunovsky
                                            *Attorney for Defendants Gurtej Singh
                                            and U.S.A. Trucking, Inc.*


**Filer's Attestation:**  I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.
                                            By:  __/s/*Rory C. Quintana*_____
                                                    Rory C. Quintana

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For:  Discovery Cut-Off, Dispositive Motions, Pre-Trial Conference and Trial.

1  The Court having considered the stipulation of the parties, and good cause appearing
2  therefore, orders modifications as provided above.
3  IT IS SO ORDERED
4  Dated: 10/20/2015                /s/ John A. Mendez
                                    UNITED STATES DISTRICT COURT JUDGE
5                                   EASTERN DISTRICT OF CALIFORNIA

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For: Discovery Cut-Off, Dispositive Motions, Pre-Trial Conference and Trial.