UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL STUCKEY, | No. 2:14-cv-1091 JAM CKD (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| U.S.A. TRUCKING, INC., et al., | |
| Defendants. | |

On January 20, 2016, this matter came before the undersigned for hearing of plaintiff's motion to award further sanctions. Attorney Rory Quintana appeared in person on behalf of the plaintiff. Attorney Eliyahu Kaplunovsky appeared telephonically on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to award further sanctions (Dkt. No. 40) is granted;

2. Within thirty days of the date of this order defendants shall pay sanctions to plaintiff in the amount of $2,500, as ordered on October 13, 2015, (Dkt. No. 35), as well as a further sanction of $4,000[1]; and

/////

---

[1] Defendants are, again, cautioned that the failure to timely pay the sanctions awarded may result in the imposition of more serious sanctions.

1

3. Within thirty days of the date of this order Attorney Eliyahu Kaplunovsky shall pay sanctions to plaintiff in the amount of $1,000. Attorney Kaplunovsky is personally responsible for this payment, and may not pass along the costs to his clients.

Dated:  January 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/stuckey1091.oah.012016