YULI LAW OFFICES
Yuli Kaplunovsky (SBN 299178)
1669-2 Hollenbeck Ave. # 211
Sunnyvale, California 94087
Telephone: (408) 309-4506
E-Mail: yk@yulilaw.com

*Attorneys for Defendants USA Trucking, Inc.
and Gurtej Singh*

Rory C. Quintana, SBN 258747
QUINTANA HANAFI
PUNGPRAKEARTI, LLP
201 Spear St., Suite 1100
San Francisco, CA 94102
(415) 504.3121 (Tel.)
(415) 233-8770 (Fax)
rory@qhplaw.com

*Attorneys for Plaintiff Virgil Stuckey*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL STUCKEY, an individual;<br><br>       Plaintiffs,<br><br><br>vs.<br><br><br>U.S.A. TRUCKING, INC., a California corporation; GURTEJ SINGH, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants. | **CASE NO. 2:14-cv-01091-JAM-DAD**<br><br><br>**STIPULATION TO EXTEND DEADLINES AND ORDER FOR: DISCOVERY CUT-OFF, DISPOSITIVE MOTIONS, PRE-TRIAL CONFERENCE, AND TRIAL DATE** |

- 1 -

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For:  Discovery Cut-Off, Dispositive Motions, Pre-Trial
Conference and Trial.

1    Pursuant to the Parties' agreement of February 22, 2016, and for the reasons described

2    below, as well as an effort to continue good faith and ongoing efforts toward informal resolution,

3    the parties' hereby agree to continue the deadlines set forth for Discovery, Motions, the Pre-Trial

4    Conference and Trial as described below.

5    Following the Court's October 20, 2015 order to extend time, the Parties met and

6    conferred regarding Defendants' discovery responses.  The Plaintiff's counsel conducted over

7    five depositions and the Defendant's counsel conducted deposition of the Plaintiff as well. Both

8    parties agreed that more documentary evidence would be needed.

9    Based on these facts and ongoing discovery issues related in part to the fact that

10   Defendant's mother died and he was not available for deposition for few months, the Parties

11   have agreed to continue the deadlines set forth for Discovery, Motions, the Pre-Trial Conference

12   and Trial as follows:

13   (1) Discovery Deadline, currently set for 2/22/2016, will be extended to 4/11/2016;

14   (2) Dispositive Motions Deadline, currently set for 3/8/2016 will be extended to 5/3/2016

15   (3) Dispositive Motion hearings, currently set for notice on 4/5/2016 at 9:30 a.m. will be set for

16   5/31/2016 at 1:30 P.M. ;

17   (4) Joint pretrial statements, currently due by 5/6/2016, due on 6/24/2016;

18   (5) Final Pre-Trial Conference, currently set for 5/13/2016  at 11:00 a.m. will be extended to

19   7/1/2016 at 11:00 a.m. ,

20   (6) Jury Trial, currently set for 6/13/2016, at 9:00 a.m. will be extended to 8/1/2016 at 9:00 a.m.

21

22   The parties respectfully request the Court enter an order that current deadlines listed

23   above be extended as agreed to by the parties.

24   WHEREAS, Plaintiff and Defendants agreed to the above scheduling changes 2/22/2016;

25   THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants

26   through their designated counsel that the above scheduling changes be granted and entered by the

27   Court.

28

- 2 -

1

2

3          IT IS SO STIPULATED.

4

5   Dated: 2/22/2016                          YULI LAW OFFICES

6

7                                             By:   /s/*Yuli Kaplunovsky*_____
                                                    Yuli Kaplunovsky
8                                             *Attorney for Defendants Gurtej Singh*
                                              *and U.S.A. Trucking, Inc.*
9

10  Dated: 2/22/2016                          QUINTANA HANAFI
                                              PUNGPRAKEARTI, LLP
11

12                                            By:   /s/*Rory C. Quintana*_____
                                                    Rory C. Quintana
13                                            *Attorney for Plaintiff Virgil Stuckey*

14

15          **Filer's Attestation:**  I attest under penalty of perjury that concurrence in the filing of the

16  document has been obtained from its signatory.

17                                            By:   /s/*Yuli Kaplunovsky*_____
                                                    Yuli Kaplunovsky
18

19

20

21

22

23

24

25

26

27

28

- 3 -

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For:  Discovery Cut-Off, Dispositive Motions, Pre-Trial
Conference and Trial.

1       The Court having considered the stipulation of the parties, and good cause appearing

2 therefore, orders as follows:

3     1.   The proposed deadlines as described above **as modified by the Court** shall be

4        granted.

5     IT IS SO ORDERED

6

7 Dated:  2/23/2016             /s/ John A. Mendez_____

8                             UNITED STATES DISTRICT COURT JUDGE

9                             EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For:  Discovery Cut-Off, Dispositive Motions, Pre-Trial
Conference and Trial.