Rory C. Quintana, SBN 258747
QUINTANA HANAFI PUNGPRAKEARTI, LLP
201 Spear St., Suite 1100
San Francisco, CA 94102
(415) 504-3121, Ext. 101 (Tel.)
(415) 233-8770 (Fax)
rory@qhplaw.com

*Attorneys for Plaintiff Virgil Stuckey*

YULI LAW OFFICES
Eliyahu Yuli Kaplunovsky (SBN 299178)
1669-2 Hollenbeck Ave. # 211
Sunnyvale, California 94087
(408) 309-4506 (Tel)
yk@yulilaw.com

*Attorneys for Defendants USA Trucking, Inc. and Gurtej Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL STUCKEY, an individual;<br><br>  Plaintiffs,<br><br>**vs.**<br>U.S.A. TRUCKING, INC., a California corporation; GURTEJ SINGH, an individual,<br><br>  Defendants. | **CASE NO. 2:14-cv-01091-JAM-DAD**<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |

    Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

| | |
|---|---|
| Dated: May, 1, 2016 | QUINTANA HANAFI PUNGPRAKEARTI, LLP |
| | By: __/s/ Rory C. Quintana<br>Rory C. Quintana<br>*Attorney for Plaintiff Virgil Stuckey* |
| Dated: May, 1, 2016 | YULI LAW OFFICES |
| | By: __/s/Eliyahu *Yuli Kaplunovsky*__<br>Eliyahu Yuli Kaplunovsky<br>*Attorney for Defendants Gurtej Singh and U.S.A. Trucking, Inc.* |

IT IS SO ORDERED.

DATED: 5/2/2016        /s/ John A. Mendez_____
                       UNITED STATES DISTRICT COURT JUDGE

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM