Rory C. Quintana, SBN 258747
QUINTANA HANAFI
PUNGPRAKEARTI, LLP
201 Spear St., Suite 1100
San Francisco, CA 94102
(415) 504-3121, Ext. 101 (Tel.)
(415) 233-8770 (Fax)
rory@qhplaw.com

*Attorneys for Plaintiff Virgil Stuckey*

YULI LAW OFFICES
Eliyahu Yuli Kaplunovsky (SBN 299178)
1669-2 Hollenbeck Ave. # 211
Sunnyvale, California 94087
(408) 309-4506 (Tel)
yk@yulilaw.com

*Attorneys for Defendants USA Trucking, Inc. and Gurtej Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL STUCKEY, an individual;<br><br>Plaintiffs,<br><br>vs.<br>U.S.A. TRUCKING, INC., a California corporation; GURTEJ SINGH, an individual,<br><br>Defendants. | **CASE NO. 2:14-cv-01091-JAM-DAD**<br><br>**STIPULATION TO EXTEND DEADLINE FOR: DISPOSITIVE MOTIONS, PRE-TR CONFERENCE, AND TRIAL DATE** |

Pursuant to the Parties' agreement of May 1, 2016, and for the reasons described below, as well as an effort to resolve the case through alternative dispute resolution, the Parties' hereby agree to continue the deadlines set forth for Dispositive Motions, the Pre-Trial Conference and Trial as described below.

On April 11, 2016, the Parties stipulated to submit to the Court's Voluntary Dispute Resolution Program. Because Defendants' counsel and Defendant were both out of the country

- 1 -

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For: Dispositive Motions, Pre-Trial Conference and Trial.

1  for the next three weeks, the stipulation was not filed until May 1, 2016.

2  The Parties agreed to an extension of the Dispositive Motion Deadline, the pre-Trial conference and Trial after submission to the VDRP. Because Defendants' counsel was out of the country and failed to notify Plaintiff's counsel of his trip, the Parties were unable to immediately schedule a date with the mediator. The Parties attempted to obtain a date with the mediator originally selected but he was not available until late July at the earliest. The Parties had to be appointed a different mediator and only in the last week were the Parties able to schedule a mediation date for July 6, 2016 in the last week.

Plaintiff still intends to file a Motion for Summary Adjudication if mediation is unsuccessful. Given the stipulation for to submit to the Voluntary Dispute Resolution Program, and the foregoing facts, the Parties have agreed to continue the deadlines set forth for Dispositive Motions, the Pre-Trial Conference and Trial as follows: (1) Dispositive Motions Deadline, currently set for June 21, 2016 will be extended to August 9, 2016, and the Dispositive Motions hearings, currently set for July 19, 2016 will be extended to September 6, 2016 at 1:30 p.m.; (2) the Pre-Trial Conference, currently set for August 26, 2016 at 11:00 a.m. will be extended to October 21, 2016 at 10:00 a.m.; and JURY TRIAL currently set for September 26, 2016 at 9:00 a.m. will be extend to December 5, 2016 at 9:00 a.m. in Courtroom 6 before Judge John A. Mendez.

The Parties respectfully request the Court enter an order that current deadlines listed above be extended as agreed to by the Parties.

WHERAS, Plaintiff and Defendants agreed to the above scheduling changes after having the mediation started on July 6, 2016;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above scheduling changes be granted and entered by the Court.

IT IS SO STIPULATED

- 2 -

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For: Dispositive Motions, Pre-Trial Conference and Trial.

1
2
3   Dated: July 12, 2016                          QUINTANA HANAFI
                                                  PUNGPRAKEARTI, LLP
4
5
6                                                 By: __s/s Rory C. Quintana_____
                                                      Rory C. Quintana
7                                                     *Attorney for Plaintiff Virgil Stuckey*
8
9   Dated: July 12, 2016                          YULI LAW OFFICES
10
11                                                By: __/s/Eliyahu *Yuli Kaplunovsky*__
                                                      Eliyahu Yuli Kaplunovsky
12                                                    *Attorney for Defendants Gurtej Singh*
                                                      *and U.S.A. Trucking, Inc.*
13
14
15       **Filer's Attestation:** I attest under penalty of perjury that concurrence in the filing of the
16   document has been obtained by its signatory
17
18                                                By: __/s/Eliyahu *Yuli Kaplunovsky*__
                                                      Eliyahu Yuli Kaplunovsky
19
20
21
22
23
24
25
26
27
28

1     The Court having considered the stipulation of the Parties, and good cause appearing therefore, orders as follows:

2     1. The proposed deadlines as described above shall be granted.

IT IS SO ORDERED.

DATED: 7-20-2016

UNITED STATES DISTRICT COURT JUDGE

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation to Extend Deadlines and [Proposed] Order For: Dispositive Motions, Pre-Trial Conference and Trial.