Rory C. Quintana, SBN 258747
QUINTANA HANAFI
PUNGPRAKEARTI, LLP
351 California St., Ste. 300
San Francisco, CA 94104
(415) 504-3121, Ext. 101 (Tel.)
(415) 233-8770 (Fax)
rory@qhplaw.com

*Attorneys for Plaintiff Virgil Stuckey*

YULI LAW OFFICES
Eliyahu Yuli Kaplunovsky (SBN 299178)
1669-2 Hollenbeck Ave. # 211
Sunnyvale, California 94087
(408) 309-4506 (Tel)
yk@yulilaw.com

*Attorneys for Defendants USA Trucking, Inc.
and Gurtej Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL STUCKEY, an individual;<br><br>     Plaintiffs,<br><br>**vs.**<br><br>U.S.A. TRUCKING, INC., a California corporation; GURTEJ SINGH, an individual,<br><br>     Defendants. | **CASE NO. 2:14-cv-01091-JAM-DAD**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

   WHEREAS, Plaintiff Virgil Stuckey (herein "Plaintiff") and Defendants U.S.A. Trucking, Inc. and Gurtej Singh (herein collectively "Defendants") (herein collectively "the Parties) conducted mediation through the Court's Volunteer Dispute Resolution Program ("VDRP") on July 6, 2016, and continued settlement discussions in the weeks thereafter., with the help of mediator David Perrault;

   WHEREAS, the Parties have settled all claims and causes of actions asserted by Plaintiff

- 1 -

in his Complaint;

    IT IS HEREBY STIPULATED between Plaintiff and Defendants that the above-captioned action, and all claims therein are dismissed with prejudice.

    IT IS SO STIPULATED

Dated:  July 22, 2016                              QHP, LLP


                                                    By: __s/s Rory C. Quintana_____
                                                           Rory C. Quintana
                                                     *Attorney for Plaintiff Virgil Stuckey*

Dated:  July 22, 2016                              YULI LAW OFFICES


                                                      By: __/s/Eliyahu *Yuli Kaplunovsky*__
                                                            Eliyahu Yuli Kaplunovsky
                                                     *Attorney for Defendants Gurtej Singh*
                                                   *and U.S.A. Trucking, Inc.*


**Filer's Attestation:**  I attest under penalty of perjury that concurrence in the filing of the document has been obtained by its signatory

                                                    By: __s/s Rory C. Quintana_____
                                                          Rory C. Quintana

*Stuckey v. U.S.A. Trucking, Inc.* CAND Case No. 2:14-cv-01091-JAM-DAD
Stipulation for Dismissal With Prejudice

Based on the Parties' stipulation, and good cause appearing, it is hereby ORDERED that:

This action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 22, 2016

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE